UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                            Case No. 1:16-CR-42

v.                                         Hon. Janet T. Neff

JANICE MARIE WALKER,

       Defendant.
_____/

**ORDER OF DETENTION**

       Defendant appeared with counsel this date for a detention hearing, and waived her detention hearing in open court with her attorney present.

       Accordingly, pending trial in this matter, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with her defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       **IT IS SO ORDERED**.

Dated: March 14, 2016                             /s/ Ray Kent
                                                            RAY KENT
                                                            United States Magistrate Judge